# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

O CENTRO ESPIRITA BENEFICENTE UNIAO DO
VEGETAL (UDV-USA), a New Mexico corporation,
on its own behalf and as representative of its members,
O CENTRO ESPIRITA BENEFICENTE UNIAO DO
VEGETAL, NUCLEO SANTA FE (UDV), a New Mexico
corporation, on its own behalf and as representative of its
members, THE AURORA FOUNDATION, a Texas
corporation,

      Plaintiffs,                              Cause No. 1:12-cv-00105 KG/LFG

vs.

BOARD OF COUNTY COMMISSIONERS OF
SANTA FE COUNTY,

      Defendant.

## JUDGMENT

The parties jointly bring this motion for entry of judgment in accordance with the parties' settlement agreement, said agreement having been approved at two public meetings of the Santa Fe County Commission on November 8, 2012, and November 27, 2012. The Court has read the parties' motion, has considered any opposition to same, and finds the motion to be well taken.

It is therefore ORDERED AND ADJUDGED that the revised order of the Board of County Commissioners of Santa Fe County dated November 27, 2012, in case number MP/PDP09-5300, *UDV Temple Application, James Siebert, Agent*, attached hereto as Schedule A, is hereby adopted as the judgment of this Court. The parties are ordered to carry out the terms of the revised order, and the County of Santa Fe is hereby ordered to issue a building permit to the Plaintiffs in conformity therewith.

Moreover, pursuant to the settlement agreement, all claims by Plaintiffs are dismissed with prejudice.

The Defendant is further ordered to pay the sum of $750,000.00 to Plaintiffs as prevailing parties pursuant to U.S.C. § 1988. This disposes of all issues of costs pursuant to 42 U.S.C. § 1988.

_____
UNITED STATES DISTRICT JUDGE