IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

O CENTRO ESPIRITA BENEFICENTE UNIAO DO
VEGETAL (UDV-USA), a New Mexico corporation,
on its own behalf and as representative of its members,
O CENTRO ESPIRITA BENEFICENTE UNIAO DO
VEGETAL, NUCLEO SANTA FE (UDV), a New Mexico
corporation, on its own behalf and as representative of its
members, THE AURORA FOUNDATION, a Texas
corporation,

      Plaintiffs,

vs.                                                                                 No. 12-cv-00105 KG/LFG

BOARD OF COUNTY COMMISSIONERS OF
SANTA FE COUNTY,

      Defendant.

**ORDER AND JUDGMENT AMENDING DECEMBER 5, 2013
JUDGMENT (DOC. 93) PURSUANT TO FED. R. CIV. P. 60(b)(5)**

THIS MATTER came before the Court on the joint motion of the parties to amend this Court's Judgment of December 5, 2013 (Doc. 93) pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure. Rules 60(b)(5) and (6) permit this Court to relieve a party or parties from the prospective application of a final judgment if that judgment is no longer equitable or for any other reason justifying relief. In their joint motion, the parties have demonstrated that certain aspects of the original judgment of this Court entered on December 5, 2013, are impractical if applied prospectively. Moreover, the parties have demonstrated to this Court that their supplemental agreement not only cures these impracticalities, but also accommodates their mutual interests, as well as the interests of the neighbors (the "Seigel Appellants"), whose appeal of the parties' original agreement this Court remanded to state court in case number 1:13-CV-00012.

The Court thus finds that the supplemental agreement is fair, equitable and in the public interest in that it resolves once and for all this long standing litigation.  The parties having satisfied the requirements of Rule 60(b)(5), as well as Rule 60(b)(6), this Court orders and adjudges that the December 5, 2013, Judgment (Doc. 93) is hereby amended by the parties' November, 2015, settlement agreement attached hereto as Schedule A.  Any portions of the Court's December 5, 2013, Judgment (Doc. 93) that are not in conflict with Schedule A remain in full force and affect.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**FREEDMAN BOYD HOLLANDER
URIAS & WARD, P.C.**

By: */s/ John W. Boyd*
John W. Boyd, Esq.
Nancy Hollander, Esq.
*Attorneys for Plaintiffs*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
jwb@fbdlaw.com
nh@fbdlaw.com

**YENSON, ALLEN & WOSICK, P.C.**

By: */s/ Robert W. Becker*
Robert W. Becker
*Attorneys for Defendant*
4908 Alameda Blvd., NE
Albuquerque, NM 87113
(505) 266-3995
rbecker@ylawfirm.com


*/s/ Gregory S. Schaffer*
Gregory S. Schaffer
*Attorneys for Defendant*
102 Grant Avenue
Santa Fe, NM  87504
gshaffer@santafecountynm.gov